**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **KEVIN LOC HOANG LUONG** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | Civil Action No.  4:26-CV-00525-O |
| | § | |
| **EQUIFAX INFORMATION SERVICES** | § | |
| **LLC** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

Before the Court is Defendant Equifax Information Services LLC's Unopposed Motion for Extension of Time to Answer or Otherwise Respond (ECF No. 6) filed on June 1, 2026. Having reviewed the Motion, and noting it is unopposed, the Court finds good cause for the Motion to be **GRANTED**.

Accordingly, it is **ORDERED** that Defendants' deadline to file an answer is extended to **June 22, 2026**.

**SO ORDERED** on this **2nd day** of **June 2026**.

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**