UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KEVIN LOC HOANG LUONG, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:26-cv-00525-O |
| | § | |
| EQUIFAX INFORMATION SERVICES, | § | |
| LLC, | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
ANSWER TO PLAINTIFF'S COMPLAINT**

Defendant Equifax Information Services LLC ("Equifax"), by and through its undersigned counsel, files its Answer to Plaintiff's Complaint ("Complaint") as follows:

## I.    INTRODUCTION

1.    Equifax admits that Plaintiff purports to bring claims under the FCRA but denies that it violated the FCRA. Equifax further states that the FCRA speaks for itself and to the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 1 are denied.

2.    Equifax denies the allegations in Paragraph 2.

## II.    JURISDICTION AND VENUE

3.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 3.

4.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 4.

288384366.v1

5.      Equifax admits it transacts business in Texas. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 5.

### III.   PARTIES

6.      Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 6.

7.      Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 7.

8.      Equifax admits the allegations in Paragraph 8.

9.      Equifax admits that it is a consumer reporting agency as defined by the FCRA and that at times it engages in the business of assembling, evaluating, and disbursing consumer reports to third-parties with a permissible purpose.

10.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10.

11.     Equifax denies the allegations in Paragraph 11.

### IV.   FACTUAL BACKGROUND

12.     Equifax reasserts and re-alleges its responses and defenses as set forth herein.

13.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 13.

14.     Equifax states that the FCRA speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 14 are denied.

15.     Equifax states that the FCRA speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 15 are denied.

288384366.v1

16. Equifax admits that it is a consumer reporting agency as defined by the FCRA and that at times it engages in the business of assembling, evaluating, and disbursing consumer reports to third-parties with a permissible purpose.

17. Equifax states that each consumer report speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context any consumer report, the allegations in Paragraph 17 are denied.

18. Equifax admits it obtains consumer information from various sources.

19. Equifax denies the allegations as stated in Paragraph 19.

20. Equifax denies the allegations in Paragraph 20.

21. Equifax denies the allegations in Paragraph 21.

22. Equifax denies the allegations in Paragraph 22.

23. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23.

24. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24.

25. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25.

26. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26.

27. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 27.

28. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 28.

288384366.v1

29.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 29.

30.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 30.

31.     Equifax denies the allegations as stated in Paragraph 31.

32.     Equifax states that the referenced settlement agreement speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the settlement agreement, the allegations in Paragraph 32 are denied.

33.     Equifax states that the referenced settlement agreement speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the settlement agreement, the allegations in Paragraph 33 are denied.

34.     Equifax denies the allegations as stated in Paragraph 34.

35.     Equifax denies the allegations as stated in Paragraph 35.

36.     Equifax denies the allegations as stated in Paragraph 36.

37.     Equifax denies the allegations as stated in Paragraph 37.

38.     Equifax denies the allegations as stated in Paragraph 38.

39.     Equifax admits that, at times, it receives information about account reaffirmations from furnishers.

40.     Equifax denies the allegations in Paragraph 40.

41.     Equifax denies the allegations in Paragraph 41.

42.     Equifax denies the allegations in Paragraph 42.

4

43. Equifax states that lawsuits and consumer complaints speak for themselves. To the extent Plaintiff misquotes, misstates, or takes out of context the contents of any lawsuit or consumer complaint, the allegations in Paragraph 43 are denied.

44. Equifax denies the allegations in Paragraph 44.

<u>*Allegations Specific to the Credit Reporting of Plaintiff*</u>

45. Equifax states that bankruptcy filings are public records. To the extent Plaintiff misquotes, misstates, or takes out of context any bankruptcy filing, the allegations in Paragraph 45 are denied.

46. Equifax states that bankruptcy filings are public records. To the extent Plaintiff misquotes, misstates, or takes out of context any bankruptcy filing, the allegations in Paragraph 46 are denied.

47. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 47.

48. Equifax states that each consumer report speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the contents of any consumer report, the allegations in Paragraph 48 are denied.

49. Equifax states that each consumer report speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the contents of any consumer report, the allegations in Paragraph 49 are denied.

50. Equifax states that each consumer report speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the contents of any consumer report, the allegations in Paragraph 50 are denied.

288384366.v1

51. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 51.

52. Equifax states that the referenced legal authority speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the referenced legal authority, the allegations in Paragraph 52 are denied.

53. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 53.

54. Equifax admits that at times it obtains consumer information from other CRAs.

55. Equifax denies the allegations as stated in Paragraph 55.

56. Equifax denies the allegations as stated in Paragraph 56.

57. Equifax denies the allegations as stated in Paragraph 57.

58. Equifax denies the allegations as stated in Paragraph 58.

<u>*Inaccuracies on Plaintiff's Consumer Report*</u>

59. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 59.

60. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 60.

61. Equifax states that each consumer report speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the contents of any consumer report, the allegations in Paragraph 61 are denied.

62. Equifax denies the allegations in Paragraph 62.

63. Equifax denies the allegations as stated in Paragraph 63.

288384366.v1

64.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 64.

65.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 65.

66.     Equifax denies the allegations in Paragraph 66.

67.     Equifax states that each consumer report speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the contents of any consumer report, the allegations in Paragraph 67 are denied.

68.     Equifax denies the allegations as stated in Paragraph 68.

69.     Equifax states that each consumer report speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the contents of any consumer report, the allegations in Paragraph 69 are denied.

70.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 70.

71.     Equifax states that each consumer report speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the contents of any consumer report, the allegations in Paragraph 71 are denied.

72.     Equifax states that each consumer report speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the contents of any consumer report, the allegations in Paragraph 72 are denied.

73.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 73.

288384366.v1

74.     Equifax states that each consumer report speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the contents of any consumer report, the allegations in Paragraph 74 are denied.

75.     Equifax states that each consumer report speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the contents of any consumer report, the allegations in Paragraph 75 are denied.

76.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 76.

77.     Equifax states that each consumer report speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the contents of any consumer report, the allegations in Paragraph 77 are denied.

78.     Equifax states that each consumer report speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the contents of any consumer report, the allegations in Paragraph 78 are denied.

79.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 79.

80.     Equifax states that each consumer report speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the contents of any consumer report, the allegations in Paragraph 80 are denied.

81.     Equifax states that each consumer report speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the contents of any consumer report, the allegations in Paragraph 81 are denied.

82. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 82.

83. Equifax states that each consumer report speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the contents of any consumer report, the allegations in Paragraph 83 are denied.

84. Equifax states that each consumer report speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the contents of any consumer report, the allegations in Paragraph 84 are denied

85. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 85.

86. Equifax states that each consumer report speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the contents of any consumer report, the allegations in Paragraph 86 are denied.

87. Equifax denies the allegations as stated in Paragraph 87.

88. Equifax denies the allegations as stated in Paragraph 88.

89. Equifax denies the allegations as stated in Paragraph 89.

90. Equifax denies the allegations as stated in Paragraph 90.

91. Equifax denies the allegations as stated in Paragraph 91.

92. Equifax denies the allegations as stated in Paragraph 92.

93. Equifax denies the allegations as stated in Paragraph 93.

94. Equifax denies the allegations as stated in Paragraph 94.

288384366.v1

95.    Equifax states that each consumer report speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the contents of any consumer report, the allegations in Paragraph 95 are denied.

96.    Equifax states that each consumer report speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the contents of any consumer report, the allegations in Paragraph 96 are denied.

97.    Equifax states that each consumer report speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the contents of any consumer report, the allegations in Paragraph 97 are denied.

98.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 98.

99.    Equifax denies the allegations in Paragraph 99.

100.    Equifax denies the allegations in Paragraph 100.

### *Plaintiff's Dispute*

101.    Equifax states that each consumer dispute speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the contents of any consumer dispute, the allegations are denied.

102.    Equifax states that each consumer dispute speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the contents of any consumer dispute, the allegations are denied.

103.    Equifax states that each consumer dispute speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the contents of any consumer dispute, the allegations are denied.

288384366.v1

104. Equifax states that each consumer dispute speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the contents of any consumer dispute, the allegations are denied.

105. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 105.

106. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 106.

107. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 107.

108. Equifax states that each consumer report speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the contents of any consumer report, the allegations in Paragraph 108 are denied.

109. Equifax denies the allegations as stated in Paragraph 109.

110. Equifax denies the allegations as stated in Paragraph 110.

### *Plaintiff's Damages*

111. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 111.

112. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 112.

113. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 113.

114. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 114.

288384366.v1

115.    Equifax states that each consumer report speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the contents of any consumer report, the allegations in Paragraph 115 are denied.

116.    Equifax denies the allegations in Paragraph 116.

117.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 117.

118.    Equifax denies the allegations in Paragraph 118.

119.    Equifax denies the allegations in Paragraph 119.

120.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 120.

121.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 121.

## CLAIMS FOR RELIEF
### COUNT I
### U.S.C. § 1681e(b)
**Failure to Follow Reasonable Procedures to Assure Maximum Possible Accuracy**

122.    Equifax reasserts and re-alleges its responses and defenses as set forth herein.

123.    Equifax states that the FCRA speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 123 are denied.

124.    Equifax denies the allegations in Paragraph 124.

125.    Equifax states that its obligations are governed by the FCRA, which speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 125 are denied.

288384366.v1

126. Equifax states that its obligations are governed by the FCRA, which speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 126 are denied.

127. Equifax states that its obligations are governed by the FCRA, which speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 127 are denied.

128. Equifax denies the allegations in Paragraph 128.

129. Equifax denies the allegations as stated in Paragraph 129.

130. Equifax denies the allegations as stated in Paragraph 130.

131. Equifax denies the allegations as stated in Paragraph 131.

132. Equifax denies the allegations as stated in Paragraph 132.

133. Equifax states that its obligations are governed by the FCRA, which speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 133 are denied.

134. Equifax denies the allegations as stated in Paragraph 134.

135. Equifax states that each consumer report speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the contents of any consumer report, the allegations in Paragraph 135 are denied.

136. Equifax states that each consumer report speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the contents of any consumer report, the allegations in Paragraph 136 are denied.

137. Equifax denies the allegations in Paragraph 137.

138. Equifax denies the allegations in Paragraph 138.

139.   Equifax denies the allegations in Paragraph 139.

140.   Equifax denies the allegations in Paragraph 140.

141.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 141.

142.   Equifax denies the allegations in Paragraph 142.

143.   Equifax denies the allegations in Paragraph 143.

144.   Equifax denies the allegations in Paragraph 144.

**COUNT II**
**U.S.C. § 1681i**
**Failure to Perform a Reasonable Reinvestigation**

145.   Equifax reasserts and re-alleges its responses and defenses as set forth herein.

146.   Equifax states that the FCRA speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 146 are denied.

147.   Equifax states that the FCRA speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 147 are denied.

148.   Equifax states that the FCRA speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 148 are denied.

149.   Equifax denies the allegations in Paragraph 149.

150.   Equifax denies the allegations in Paragraph 150.

151.   Equifax states that each consumer report speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the contents of any consumer report, the allegations in Paragraph 151 are denied.

152.   Equifax denies the allegations in Paragraph 152.

153.   Equifax denies the allegations in Paragraph 153.

288384366.v1

154. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 154.

155. Equifax denies the allegations in Paragraph 155.

156. Equifax denies the allegations in Paragraph 156.

157. Equifax denies the allegations in Paragraph 157.

158. Equifax denies the allegations in Paragraph 158.

## PRAYER FOR RELIEF

Equifax denies that Plaintiff is entitled to any relief sought in the paragraphs contained in his Prayer for Relief.

## JURY DEMAND

Equifax admits that Plaintiff demands a jury trial.

Any allegation in Plaintiff's Complaint not heretofore specifically responded to by Equifax is hereby expressly denied.

WHEREFORE, having fully answered or otherwise responded to the allegations in Plaintiff's Complaint, Equifax prays that:

(1) Plaintiff's Complaint be dismissed in its entirety and with prejudice, with all costs taxed against Plaintiff; and

(2) It recovers such other and additional relief as the Court deems just and appropriate.

15

Dated: June 22, 2026                                    Respectfully submitted,


By:  */s/ Forrest M. "Teo" Seger III*
                                                **FORREST M. "TEO" SEGER III**
                                                Texas Bar No. 24070587
                                                TSeger@clarkhill.com
                                                **CLARK HILL PLC**
                                                2301 Broadway St.
                                                San Antonio, Texas 78215
                                                (210) 250-6000
                                                (210) 250-6100 (Fax)


                                                **ELENA MAK**
                                                Texas Bar No. 24149691
                                                emak@clarkhill.com
                                                **CLARK HILL PLC**
                                                901 Main Street, Suite 6000
                                                Dallas, Texas 75202
                                                (214) 651-4300
                                                (214) 651-4330 (Fax)


                                                **ATTORNEYS FOR DEFENDANT,
                                                EQUIFAX INFORMATION SERVICES LLC**


## CERTIFICATE OF SERVICE


I hereby certify that on June 22, 2026, a true and correct copy of the foregoing *Defendant Equifax Information Services LLC's Answer to Plaintiff's Complaint* was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.


                                                 */s/ Forrest M. "Teo" Seger III*
                                                Forrest M. "Teo" Seger III


16